# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

RITA MENDEZ,                              :

   Plaintiff                              :      CIVIL ACTION NO. 3:18-2260

      v.                                    :      (Mannion, D.J.)
                                                          (Saporito, M.J.)

STROUDSBURG HIGH SCHOOL,     :

                                                          :

   Defendant

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Saporito, **(Doc. 19)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's objections to the report, **(Doc. 20)**, are **OVERRULED**;

**(3)** SSD's motion to dismiss the plaintiff's complaint, **(Doc. 9)**, for failure to state a claim is **GRANTED**, and the plaintiff's complaint, **(Doc. 2)**, is **DISMISSED WITH PREJUDICE**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 29, 2019**

18-2260-01-ORDER.wpd